# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2696
LT Case No. 2022-CP-000490

_____

THEODORE E. HARPER a/k/a TED
HARPER, as Personal
Representative of the Estate of
Jet T. Harper a/k/a Jet Theodore
Harper,

     Appellant,

    v.

AMY D. CLEARLEY,

     Appellee.

_____

On appeal from the Circuit Court for Lake County.
Larry Metz, Judge.

Sherrille D. Akin, of Akin Law PA, DeLand, for Appellant.

Amy D. Clearley, Fruitland Park, pro se.

July 2, 2024

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____